UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                              Case Number: 2:18–mj–01605

Raymond C. Herrera

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

B Janice Ellington

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 6/28/2018

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Show Cause Hearing
Petition for Action on Pretrial Release (PRIVATE ENTRY) – #9

Date:   June 25, 2018

David J. Bradley, Clerk